UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY DOYLE YOUNG, #60012-001, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:13-CV-0389-G (BK) |
| KENNETH CRANK, Trust Fund Supervisor, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge, and **CONCLUDES** plaintiff is barred by the three-strike provision of 28 U.S.C. § 1915(g).

**SO ORDERED**.

March 1, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**